# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| JUMPSPORT, INC. § | |
|     Plaintiff, § | |
| § | CIV. A. NO. 6:17-cv-414-RWS-JDL |
| v. § | (LEAD CONSOLIDATED CASE) |
| § | |
| ACADEMY, LTD d/b/a ACADEMY § | PATENT CASE-JURY |
| SPORTS & OUTDOORS; § | |
| § | |
| TARGET CORPORATION, et al.; § | CIV. A. NO. 6:17-cv-542-RWS-JDL |
| § | |
|     Defendants. § | |

## ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO 41(a)(1)(A)(ii) OF TARGET CORPORATION

Before the Court is the Joint Stipulation of Dismissal With Prejudice Pursuant to Rule 41(a)(1)(A)(ii) by Defendant Target Corporation ("Target") and Plaintiff JumpSport, Inc. ("Plaintiff").

IT IS ORDERED that all claims asserted between Plaintiff JumpSport, Inc. and Defendant Target in this case are dismissed with prejudice and that Plaintiff and Target bear their own costs, expenses and attorneys' fees.

The Clerk of the Court is directed to terminate Defendant Target, Case No. 6:17-cv-542, from the Lead case, Case No. 6:17-cv-414.

The Clerk is further directed to close Case No. 6:17-cv-542.

**SIGNED this 29th day of May, 2018.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE