AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **Eastern District of Texas, Tyler Division** on the following

☐ Trademarks or  ☑ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>6:17-cv-542-RWS-JDL | DATE FILED<br>9/22/2017 | U.S. DISTRICT COURT<br>Eastern District of Texas, Tyler Division |
|---|---|---|
| PLAINTIFF<br>JumpSport, Inc. | | DEFENDANT<br>Target Corporation and Target Brands, Inc. |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  6,053,845 | 4/25/2000 | JumpSport, Inc. |
| 2  6,261,207 | 7/17/2001 | JumpSport, Inc. |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |  |
|---|---|---|
|  | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGMENT

ORDER DISMISSING CASE With Prejudice pursuant to notice of settlement and motion filed in consolidated lead case 6:17cv414. The Clerk is directed to close this case. Signed by District Judge Robert W. Schroeder, III on 5/29/2018.

| CLERK<br>*David A. O'Toole* | (BY) DEPUTY CLERK<br>M. Covey | DATE<br>5/30/2018 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**

[Print]  [Save As...]  [Reset]